# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MICHAEL D. HARRIS,**     ) | |
| ) | |
| **Plaintiff,**     ) | |
| ) | |
| v.     ) | |
| ) | **CIVIL ACTION NO.** |
| **ANTHEM LIFE INSURANCE**     ) | **1:12-CV-02054-JOF** |
| **COMPANY,**     ) | |
| ) | |
| **Defendant.**     ) | |
| ) | |
| ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action, Plaintiff Michael D. Harris and Defendant Anthem Life Insurance Company stipulate to the dismissal, without prejudice, of the above-styled case, each party to bear its own costs and fees.

Respectfully, submitted this 13th day of August, 2013.

[Signatures on Following Page]

186299.1

| | |
|---|---|
| /s/ Paulette Adams-Bradham<br>Paulette Adams-Bradham<br>Georgia Bar No. 004723<br>**Adams-Bradham, P.C.**<br>11380 Southbridge Parkway<br>Suite 227<br>Alpharetta, Georgia 30022<br>Phone: 770-650-4145<br>Email: paulette.adams@gmail.com<br><br>Attorney for Michael D. Harris | /s/ Michelle M. Rothenberg-Williams<br>Michelle M. Rothenberg-Williams<br>Georgia Bar No. 615680<br>**Blue Cross and Blue Shield of Georgia, Inc.**<br>3350 Peachtree Street, N.E.<br>Atlanta, Georgia 30326<br>Phone: 404-842-8798<br>Fax: 404-848-2200<br>Email: Michell.Rothenberg-Williams@bcbsga.com<br><br>Attorney for Anthem Life Insurance Company |

186299.1

2

## **CERTIFICATE OF COUNSEL REGARDING FONT SIZE**

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(B)(3) and 7.1(D).

This 13th day of August, 2013.

                                              **/s/ Michelle M. Rothenberg-Williams**
                                              Michelle M. Rothenberg-Williams
                                              Georgia Bar No. 615680

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Stipulation of Dismissal Without Prejudice** has been served upon the following by causing a copy of same to be electronically filed with the Clerk of Court using the CM/ECF system on this the 13th of August, 2013.

/s/ Michelle M. Rothenberg-Williams
Michelle M. Rothenberg-Williams
Georgia Bar No. 615680

186299.1